## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JUSTICE ST. JOHN,

      **Plaintiff,**

    **v.**

                                      **Civil Action 1:26-cv-446**
                                      **Judge Douglas R. Cole**

MARIO ALLAGA, *et al.*,                  **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

### ORDER

    This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint. (ECF No. 8.) For good cause shown, the Motion is **GRANTED** under Federal Rule of Civil Procedure 15(a)(2). Plaintiff is **ORDERED** to file his Amended Complaint **ON OR BEFORE JULY 31, 2026**. Plaintiff's prior motion to amend his Complaint (ECF No. 4) is **DENIED AS MOOT**.

    Further, Plaintiff's Motion for case number and court docket (ECF No. 3) is **GRANTED**. The Clerk of Court is **DIRECTED** to enclose a copy of this case's docket with this Order.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE