**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JUSTICE ST. JOHN,**

**Plaintiff,**

**v.**

**Civil Action 1:26-cv-446**
**Judge Douglas R. Cole**
**Magistrate Judge Chelsey M. Vascura**

**MARIO ALLAGA, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's letter stating that he mailed his Amended Complaint to the Court on July 31, 2026, and requesting certain forms from the Clerk. (ECF No. 14.) To the extent that letter constitutes a motion, it is **GRANTED**. The Clerk is **DIRECTED** to send Plaintiff, via U.S. Mail, eighteen blank copies each of Form AO-440 and Form USM-285 and one blank copy of Form JS 44 with a copy of this Order.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE