**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JUSTICE ST. JOHN,**

**Plaintiff,**

**v.**

**Civil Action 1:26-cv-446**
**Judge Douglas R. Cole**
**Magistrate Judge Chelsey M. Vascura**

**MARIO ALLAGA, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's Motion for extension of time (ECF No. 24). For good cause shown, the Motion is **GRANTED**. Plaintiff shall have until **NOVEMBER 1, 2026**, to file his Second Amended Complaint in compliance with the Court's September 2, 2026 Order (ECF No. 21).

This matter is further before the Court on Plaintiff's Motion for a complete copy of the original Complaint (ECF No. 25). For good cause shown, the Motion is **GRANTED**. The Clerk is **DIRECTED** to enclose with this Order a copy of Plaintiff's original Complaint (ECF No. 1-1) and a copy of Plaintiff's Amended Complaint (ECF No. 17).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE